**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MYERS, et al.,

          Plaintiff(s),

  vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

          Defendant(s).

                                /

No. C 08-1163 MEJ
C 08-1916 MEJ

**ORDER FOR PARTIES TO FILE
CONSENT OR DECLINATION**

On October 30, 2008, the Court related the above-captioned case to *C-08-1916, Jackson, et al. v. City and County of San Francisco*. As both cases are now pending before the undersigned magistrate judge, and the necessary consents have not been filed in the later-filed case, it is necessary for the parties to determine whether the wish to proceed before a United States Magistrate Judge.

In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties in *C-08-1916 MEJ, Jackson, et al. v. City and County of San*

*Francisco*, shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  The parties shall inform the Court as soon as possible, but no later than November 12, 2008.

**IT IS SO ORDERED.**

Dated: October 30, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge

Page 2 of  2