CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

SEAN F. CONNOLLY
Deputy City Attorney

DIRECT DIAL: (415) 554-3863
E-MAIL: sean.connolly@sfgov.org

January 28, 2009

Hon. James Larson
Chief Magistrate Judge
United States District Court
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**
**FEB 11 2009**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   *Shawn Myers, et al. v. City and County of San Francisco, et al.*
       United States District Court Case No. C08-1163 MEJ (JL)

       *Jamal Jackson, et al., v. City and County of San Francisco, et al.,*
       United States District Court Case No. C08-1916 MEJ (JL)

Dear Judge Larson:

       On December 17, 2008, this court ordered a settlement conference in the above referenced cases to be held at the same time on March 17, 2009. The above cases are related, but not consolidated. Defendants request that the settlement conference in each case be held separately. Defendants previously notified plaintiffs' counsel of their intent to seek to separate the two cases for settlement purposes. Also, this court should take note that because a case management conference has yet to be held in either of the above referenced cases it is doubtful whether the City will be in a position to settle either of them by the settlement conference date presently set. As such, defendants, speaking for themselves, request that the settlement date be vacated until such time that the parties have met and conferred regarding a mutually convenient date that accords with this court's scheduling calendar.

Thank you for your attention in this matter.

Very truly yours,

DENNIS J. HERRERA
City Attorney

Sean F. Connolly
Deputy City Attorney

**SO ORDERED**
*/s/ James Larson*
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

cc:   Matthew C. Mani, Esq.
       Robert C. Cheasty, Esq.

FOX PLAZA · 1390 MARKET STREET, 6TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2008\080047\00534386.doc