IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br><br>JAMAL JACKSON, et al.<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | No.   C 08-1163 MEJ<br>       C 08-1916 MEJ<br>       Related Cases<br><br>**ORDER CORRECTING FINAL<br>PRETRIAL CONFERENCE DATE** |

On March 9, 2009, the Court issued a Case Management Order in which it inadvertently scheduled a final pretrial conference on October 14, 2009. The Court hereby corrects this error - the final pretrial conference shall take place on October 14, 2010.

**IT IS SO ORDERED.**

Dated: March 9, 2009

                                                       MARIA-ELENA JAMES<br>
                                                       United States Magistrate Judge