IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | No.   C 08-1163 MEJ<br>       C 08-1916 MEJ<br>       Related Cases<br><br>**ORDER RE TRIAL SCHEDULE** |
| JAMAL JACKSON, et al.<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | |

The Court is in receipt of the parties' letters regarding the nature of related status of the above-captioned cases. Upon review of the parties' letters, the Court finds no need to alter any pretrial or trial dates at this time. However, if the cases are to proceed to trial, Defendants may file a motion pursuant to Civil Local Rule 7 requesting separate trials.

**IT IS SO ORDERED.**

Dated: March 23, 2009

                                                    MARIA-ELENA JAMES<br>
                                                    United States Magistrate Judge