1 | Dennis J. Herrera, City Attorney (SBN 139669)
Joanne Hoeper, Chief Trial Attorney (SBN 114961)
2 | Sean F. Connolly, Deputy City Attorney (SBN 152235)
Warren Metlitzky, Deputy City Attorney (SBN 220758)
3 | Fox Plaza - 390 Market Street, 6th Floor
San Francisco, California 94102-5408
4 | Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837
5 | E-Mail:        warren.metlitzky@sfgov.org
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, ET AL.
6 |
Thomas F. Keating, Jr. (SBN 76972)
7 | FREITAS MCCARTHY MACMAHON & KEATING LLP
1108 Fifth Avenue, Third Floor
8 | San Rafael, CA  94901
Telephone:     (415) 456-7500
9 | Facsimile:     (415) 456-0266
E-Mail:        tkeating@freitaslaw.com
10 |
Matthew C. Mani (SBN 172629)
11 | LAW OFFICES OF MATTHEW C. MANI
1108 Fifth Avenue, Suite 202
12 | San Rafael, CA  94901
Telephone:     (415)456-7800
13 | Facsimile      (415)456-7801
E-mail:        mattmanilaw@yahoo.com
14 |
Attorneys for Plaintiffs SHAWN MYERS and SARAH MYERS
15 |
UNITED STATES DISTRICT COURT
16 |
NORTHERN DISTRICT OF THE STATE OF CALIFORNIA
17 |

18 | SHAWN MYERS and SARAH MYERS,

19 |           Plaintiffs,
          vs.

20 | CITY AND COUNTY OF SAN
FRANCISCO; et al.
21 |
          Defendants.
22 |

23 | JAMAL JACKSON; JANNIE MENDEZ

24 |           Plaintiffs
          vs.
25 |
CITY AND COUNTY OF SAN
26 | FRANCISCO; et al.

27 |           Defendants.

Related Cases:
Case No. C08-01163 MEJ
Case No. C08-01916 MEJ

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DATES FOR
DISCOVERY AND EXPERT
DISCLOSURE IN BOTH *MYERS V
CCSF* AND *JACKSON V. CCSF* CASES**

Trial Date:  Not set

28 | 00061824.DOC

1     STIPULATION AND ORDER RESCHEDULING
EXPERT DISCLOSURE AND DISCOVERY
CUT-OFF DATES; CASE NO.  C08-01163 MEJ

1   The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

2   modification of this Court's Orders concerning and setting dates for discovery cut-offs in the above

3   matter.

4   All parties to both the Myers v. CCSF and Jackson v. CCSF related cases make this request

5   based on the following circumstances:

6   1.   This matter has been joined with Case No. C-08-01163 MEJ, JAMAL JACKSON, et

7   al., v. THE CITY AND COUNTY OF SAN FRANCISCO, et al., for the purposes of discovery.

8   Preliminary written discovery has been completed. Despite having completed significant amounts of

9   discovery, given the number of witnesses, more depositions are required. The depositions of Plaintiff

10   Shawn Myers, of Plaintiff Sarah Myers and of Plaintiff Jamal Jackson have been taken. The

11   depositions of percipient witnesses Camille Bossenberry, Scott Burke, David Ginsburg and Jonathan

12   Dole have been completed. However, the depositions of the defendant officers and of Plaintiff Jannie

13   Mendez have had to be rescheduled, with completion anticipated in July or early August. Further the

14   depositions of several percipient witnesses, including Scott Burke's wife, Darlene, whose deposition

15   had to be rescheduled due to the length of her husband's session, as well as those of other percipient

16   witnesses, including two witnesses located in New Jersey, must still be conducted. The remaining

17   depositions, particularly the party depositions, are critical for the respective experts to be able to offer

18   opinions on the issues of the case. The parties engaged in a settlement conference in late January of

19   2010, where it became evident that settlement negotiations would not be fruitful until depositions

20   discovery transpired.

21   2.   Counsel for Plaintiffs will be unavailable for the week of July 17-24, 2010, as he has a

22   trip with his children that was scheduled a year ago. These plans have been long set, and paid for,

23   with no ability to recover the vacation expense.

24   3.   Counsel for Defendants is scheduled for a family vacation in early August of 2010 for

25   approximately two weeks.

26   4.   Two of the percipient witnesses are located out of state, and the parties are in the

27   process of meeting and conferring regarding the taking of these persons' depositions. One out of

28   00061824.DOC                          2       STIPULATION AND ORDER RESCHEDULING
                                                    EXPERT DISCLOSURE AND DISCOVERY
                                                    CUT-OFF DATES; CASE NO. C08-01163 MEJ

1   state witness traveled to California in May, and his deposition was taken at that time, eliminating that

2   expense. Unfortunately the remaining depositions will have to be conducted out of state.

3        5.     One percipient witness is currently in boot camp for the United States Army and is not

4   available for deposition. He will complete his basic training in July, at which time he will be

5   available for deposition.

6        6.     The parties agree that more discovery is necessary to adequately evaluate their

7   respective cases, including which experts will be necessary should the matter proceed to trial. They

8   require additional time for the purpose of conducting this discovery. **No trial date has been set.**

9        For the aforementioned reasons, the parties jointly request all currently scheduled discovery

10  deadlines be extended. Currently, discovery closes on July 23, 2010. The parties request that the

11  close of discovery be extended to September 13, 2010, or further if more convenient for the Court.

12  The parties request that the date for exchange of expert disclosure information, currently scheduled

13  for June 25, 2010, be rescheduled for August 25, 2010. Finally, the parties jointly request that all

14  other deadlines be coordinated with the new dates for disclosure and for the close of discovery.

15  Motions are currently due on August 19, 2010, with hearings set for September 23 at 10:00 a.m. The

16  parties request that the last day to file dispositive motions dates be extended until October 13 with

17  hearings set for November 18, 2010.

18

19  **IT IS SO STIPULATED.**

20  Dated: June 25, 2010

21                               Dennis J. Herrera, City Attorney
                                 Joanne Hoeper, Chief Trial Deputy
                                 Sean F. Connolly, Deputy City Attorney

22                               Warren Metlitzky, Deputy City Attorney

23

24            By:  /s/ _____
                      Warren Metlitzky, Deputy City Attorney

25                    Attorneys for Defendants CITY AND COUNTY OF
                      SAN FRANCISCO, et al.

26

27

28    00061824.DOC                           3     STIPULATION AND ORDER RESCHEDULING
                                                  EXPERT DISCLOSURE AND DISCOVERY
                                              CUT-OFF DATES; CASE NO.  C08-01163 MEJ

1

2   Dated: June 25, 2010                    LAW OFFICES OF MATTHEW C. MANI

3                                           By:___/s/_____
                                               MATTHEW C. MANI
4                                              Attorneys for Plaintiffs SHAWN MYERS and SARAH
                                               MYERS
5
                                            Pursuant to General Order 45, §X.B., the filer of this
6                                           document attests that he has received the concurrence of
                                            this signatory to file this document.
7

8

9   Dated: June 25, 2010                    CHEASTY & CHEASTY

10

11                                          By:___/s/_____
                                               ROBERT C. CHEASTY
12                                             Attorneys for Plaintiffs JAMAL JACKSON and
                                               JANNIE MENDEZ
13

14

15

16                                          **ORDER**

17         Based on the above stipulation, and for good cause appearing, IT IS ORDERED that in the

18   above cases, the dates for disclosure of expert information and for the close of discovery be

19   rescheduled.  Disclosure of experts shall take place on August 25, 2010, and discovery shall close on

20   September 13, 2010.  Motions are due by _____October 14_____, 2010, and motion

21   hearings shall take place on ____November 18_____, 2010 at __10:00__ a.m./p.m.

22

23   Dated:___June 30, 2010_____        _____
                                           THE HONORABLE MARIA-ELENA JAMES
24

25

26

27

28   00061824.DOC                          4          STIPULATION AND ORDER RESCHEDULING
                                                      EXPERT DISCLOSURE AND DISCOVERY
                                                      CUT-OFF DATES; CASE NO. C08-01163 MEJ