**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MYERS, et al., | No. C 08-1163 MEJ |
| Plaintiffs, | C 09-1916 MEJ<br>Related Cases |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER RE: DISCOVERY FILINGS** |
| Defendants. / | |
| JAMAL JACKSON, et al., | |
| Plaintiffs, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. / | |

The Court is in receipt of the parties' individual discovery dispute letters, filed September 22 and 23, 2010. As the letters do not comply with the undersigned's discovery standing order, they shall not be considered. Specifically, In the event that the parties are unable to proceed with the meet and confer/joint letter process, the moving party shall file a written request for a telephonic conference for the purpose of enforcing the Court's meet and confer requirement, or for the Court to fashion an alternative procedure which satisfies this requirement. (Discovery Standing Order, ¶ 3.) Accordingly, the Court ORDERS the parties to file joint letters on the disputes addressed in the individual letters by September 30, 2010. If unable to file joint letters, the moving party shall comply with the discovery standing order to request an alternative procedure.

**IT IS SO ORDERED.**

Dated: September 23, 2010

MARIA-ELENA JAMES
United States Magistrate Judge