1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   WARREN METLITZKY, State Bar # 220
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3863
   Facsimile:     (415) 554-3837
7  E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHIEF HEATHER FONG, OFFICER JESSE SERNA,
OFFICER GARY MORIYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMAL JACKSON; JANNIE MENDEZ, | Case No. C08-1916 MEJ |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND [PROPOSED] ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officers for the CITY AND COUNTY OF SAN FRANCISCO; GARY MORIYAMA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers and employees DOES 1 through 50, inclusive, | **[FRCP 41]** |
| Defendants. | |

DISMISSAL, CASE NO.  C08-1916 MEJ                                                                                     n:\lit\li2008\081325\00753485.doc

1 | The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the action on behalf of plaintiffs Jamal Jackson and Jannie Mendez and against the City & County of San Francisco, Chief Heather Fong, Officer Jesse Serna, and Officer Gary Moriyama is DISMISSED WITH PREJUDICE.

It is further STIPULATED that plaintiffs and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  February 8, 2012                     LAW OFFICES OF ROBERT CHEASTY

By:   /s/ Robert Cheasty
ROBERT CHEASTY
Attorney for Plaintiffs
JAMAL JACKSON AND JANNIE MENDEZ

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

Dated:  February 8, 2012                     DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorneys

By:  /S/ Sean F. Connolly
SEAN F. CONNOLLY
Deputy City Attorney
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

**IT IS SO ORDERED.**

Dated:  February 9, 2012

By: _____
HON. MARIA ELENA JAMES

**Stipulation of Dismissal with Prejudice and Order**;     1          n:\lit\li2008\081325\00753485.doc
CASE NO.  C08-1916 MEJ